No. 1062. BULLARD *v.* FLORIDA. District Court of Appeal of Florida, First District, and Supreme Court of Florida. Certiorari denied. *Leo L. Foster* and *W. Dexter Douglass* for petitioner.

No. 1070. MARCELLO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Jack Wasserman, David Carliner, Michel A. Maroun* and *G. Wray Gill* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 1065. PRUCHA ET AL. *v.* WEISS ET AL. Court of Appeals of Maryland. Certiorari denied. *Clayton A. Dietrich* for petitioners.

No. 1081. WALTHAM PRECISION INSTRUMENT CO., INC., ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied. *B. Paul Noble* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel, Irwin A. Seibel* and *James McI. Henderson* for respondent.

No. 1082. KROGNESS ET AL. *v.* OREGON. Supreme Court of Oregon. Certiorari denied. *Howard R. Lonergan* for petitioners. *George H. Corey* for respondent.

No. 1084. MUGNOLA ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jerome Lewis* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.